EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: <br><br><br> María de los Ángeles Trigo Castillo | 2024 TSPR 36 <br><br> 213 DPR ___ |
|---|---|

Número del Caso: TS-10,107


Fecha:  16 de abril de 2024


Abogada de la peticionaria:

    Por derecho propio



Materia:  Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

María de los Ángeles Trigo                TS-10,107
Castillo

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de abril de 2024.

Examinada la *Solicitud de cambio de estatus a abogada activa*, presentada por la Sra. María de los Ángeles Trigo Castillo, se provee ha lugar a su solicitud de readmisión al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la Lcda. María de los Ángeles Trigo Castillo actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo